# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 20, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142566(76)(77)(80)(84)(86)
142568

In re MAYS, Minors.

_____

SC: 142566, 142568
COA: 297446. 297447
Wayne CC Family Division:
09-485821

On order of the Chief Justice, the motion for temporary admission to practice of Michelle A. Scott is granted. Motions by the National Association of Counsel for Children and by the American Civil Liberties Union Fund of Michigan for leave to file briefs *amicus curiae* are granted. The motion by the lawyer guardian ad litem for the minor children regarding the allocation of time for oral argument is considered and the argument is directed to proceed as follows: Appellant Phillips, 20 minutes; Appellant Mays, 20 minutes, Appellee Department of Human Services, 20 minutes and the minor children by their lawyer guardian ad litem, 20 minutes.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 20, 2011

_____

Clerk